1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 SIMEON LATUSHKIN,                           )
                                               ) No. C 07-2555 MEJ
13                Plaintiff,                   )
                                               )
14      v.                                     )
                                               ) **STIPULATION TO EXTEND DATES;**
15 Department of Homeland Security, MICHAEL    ) **and [PROPOSED] ORDER**
   CHERTOFF, Secretary; United States Citizenship )
16 and Immigration Services, EMILIO T.         )
   GONZALEZ, Director; United States Citizenship )
17 and Immigration Services, ROSEMARY          )
   MELVILLE, District Director; U.S. Attorney  )
18 General, ALBERTO GONZALES; Federal          )
   Bureau of Investigation, ROBERT S. MUELLER, )
19 III, Director,                              )
                                               )
20                Defendants.                  )
                                               )
21

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24      1. Plaintiff filed this action on or about May 14, 2007. Defendants' answer is currently due on

   July 20, 2007.
25

26      2. Pursuant to this Court's May 14, 2007 Order Setting Initial Case Management Conference,

27 the parties are required to file a joint case management statement on August 16, 2007, and attend a

28 case management conference on August 23, 2007.

Stipulation to Extend Dates
C07-2555 MEJ                                   1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | August 3, 2007 |
| Last day to file Joint ADR Certification: | August 9, 2007 |
| Last day to file/serve Joint Case Management Statement: | August 23, 2007 |
| Case Management Conference: | August 30, 2007, at 10:00 a.m. |

Dated: July 23, 2007                               Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                                   /s/
                                                   ─────────────────────
                                                   EDWARD A. OLSEN
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants


Dated: July 20, 2007                                /s/
                                                   ─────────────────────
                                                   MONICA KANE
                                                   Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:                                             ─────────────────────
                                                   MARIA-ELENA JAMES
                                                   United States Magistrate Judge

Stipulation to Extend Dates
C07-2555 MEJ                                    2