1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SIMEON LATUSHKIN,                                )
                                                 ) No. C 07-2555 MEJ
         Plaintiff,                              )
                                                 )
    v.                                           )
                                                 ) **STIPULATION TO DISMISS AND**
Department of Homeland Security, MICHAEL         ) [PROPOSED] **ORDER**
CHERTOFF, Secretary; United States Citizenship   )
and Immigration Services, EMILIO T.              )
GONZALEZ, Director; United States Citizenship    )
and Immigration Services, ROSEMARY               )
MELVILLE, District Director; U.S. Attorney       )
General, ALBERTO GONZALES; Federal               )
Bureau of Investigation, ROBERT S. MUELLER,      )
III, Director,                                   )
                                                 )
         Defendants.                             )
                                                 )

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

   Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-2555 MEJ                                     1

| | | |
|---|---|---|
| 1 | Dated: July 26, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Dated: July 26, 2007 | _____/s/_____<br>MONICA KANE<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 30, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]*

Stipulation to Dismiss
C07-2555 MEJ                     2